IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MELANIE MOCK, *on behalf of herself and all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-cv-611-RP |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, *a Texas limited liability partnership*, | § § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this day, the Court adopted United States Magistrate Judge Andrew W. Austin's report and recommendation concerning Plaintiff Melanie Mock's ("Mock") Motion to Dismiss, (R. & R., Dkt. 64). The Court's Order dismissed without prejudice Mock's claims against Defendant St. David's Healthcare Partnership, L.P., LLP.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 4, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE