# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-50264
_____

Melanie Mock, *on behalf of* herself and all others similarly situated,

*Plaintiff—Appellee*,

*versus*

St. David's Healthcare Partnership, L.P., L.L.P., a Texas Limited Liability Partnership,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-611
_____

CLERK'S OFFICE:

     Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 08, 2021, pursuant to appellant's motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
>     Charles B. Whitney, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jul 08, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50264    Mock v. St. David's Hlthcare
                         USDC No. 1:19-CV-611

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Charles B. Whitney, Deputy Clerk
                         504-310-7679

cc w/encl:
    Mr. Peter F. Bagley
    Mr. Daniel E. Blumberg
    Mr. J. Patrick Bredehoft
    Mr. William Mayer Katz Jr.
    Mr. Barry L. Kramer
    Ms. Dina McKenney